IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAMONT ZAMICHIELI, <br><br> Plaintiff, <br><br> vs. <br><br> PENNSYLVANIA DEPARTMENT OF CORRECTIONS; CHCA WILLIAM NICHOLSON; PA-C NATALIE D. AUSTIN; CRNP LORI RIDINGS; UNIT MANAGER TINA STALEY; MR. SPIKER, *Block Counselor*; MEDICAL DIRECTOR MIKE HICE; C/O LIPTAK, *Block Officer*; C/O PRICE; CCPM KAREN SOKOL, *Program Review Committee*; MARK DIALESANDRO, DSCS; DAN CARO, *Major of Unit Management and other unknown employees responsible who names are not known at this time*; SUPERINTENDENT ROBERT GILMORE and TRACY SHAWLEY, *Grievance Coordin, Superintendant Assistant* <br><br> Defendants. | No. 2:17-cv-00742-CRE <br><br> Magistrate Judge Eddy <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> *Electronically Filed.* |

## CORRECTIONS DEFENDANTS' STATUS REPORT

AND NOW, come the defendants, Pennsylvania Department of Corrections, Nicholson, Staley, Spiker, Liptak, Price, Sokol, Dialesandro, Caro, Gilmore and Shawley, ("the Corrections Defendants"), by their attorneys, Scott A. Bradley, Senior Deputy Attorney General, and Karen M. Romano, Chief Deputy Attorney General, and respectfully submit the following status report to the Court:

1. This case was remanded for further proceedings following an appeal to the United States Court of Appeals for the Third Circuit. See [ECF 170-171].

2. At a Video Settlement Conference held on August 16, 2022, the Parties came to an agreement to settle the case. See Minute Entry, August 16, 2022 [ECF 196].

3. After Plaintiff filed several motions raising issues with the settlement, see [ECF 198, 202], undersigned counsel advised Plaintiff and the Court that it was anticipated that Plaintiff's settlement check would be issued on or about the week of November 14, 2022.

4. Undersigned counsel has now been advised that the settlement check was issued and was subsequently deposited into Plaintiff's inmate account at the State Correctional Institution at Phoenix on November 2, 2022

WHEREFORE, the Corrections Defendants respectfully request that the Court accept the foregoing as the Status Report in this matter.

                                                Respectfully submitted,

                                                JOSH SHAPIRO
                                                Attorney General

|  |  |
|---|---|
| Office of Attorney General | s/ Scott A. Bradley |
| Litigation Section | Scott A. Bradley |
| 1521 Waterfront Place | Senior Deputy Attorney General |
| Mezzanine Level | Attorney I.D. No. 44627 |
| Pittsburgh, PA 15222 |  |
|  | Karen M. Romano |
|  | Chief Deputy Attorney General |
| Phone: (412) 565-3586 |  |
| Fax:    (412) 565-3019 |  |

Date:  November 2, 2022