IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAMONT ZAMICHIELI, } | No. 2:17-cv-00742-CRE |
| Plaintiff, } | Magistrate Judge Eddy |
| vs. } | |
| PENNSYLVANIA DEPARTMENT OF CORRECTIONS; CHCA WILLIAM NICHOLSON; PA-C NATALIE D. AUSTIN; CRNP LORI RIDINGS; UNIT MANAGER TINA STALEY; MR. SPIKER, *Block Counselor*; MEDICAL DIRECTOR MIKE HICE; C/O LIPTAK, *Block Officer*; C/O PRICE; CCPM KAREN SOKOL, *Program Review Committee*; MARK DIALESANDRO, DSCS; DAN CARO, *Major of Unit Management and other unknown employees responsible who names are not known at this time*; SUPERINTENDENT ROBERT GILMORE and TRACY SHAWLEY, *Grievance Coordin, Superintendant Assistant* } | **FILED** JUL 25 2023 CLERK U.S. DISTRICT COURT WEST. DIST. OF PENNSYLVANIA |
| Defendants. } | *Electronically Filed.* |

## STIPULATION OF DISMISSAL WITH PREJUDICE

AND NOW, come the parties and, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate, pursuant to prior agreement of the parties, that the above-captioned case shall be dismissed with prejudice.

_____
LAMONT ZAMICHIELI
*Plaintiff at No.* 2:17-cv-00742-CRE

Respectfully submitted,

s/ Scott A. Bradley
Scott A. Bradley, SDAG

Office of Attorney General
1251 Waterfront Place
Mezzanine Level
Pittsburgh, PA 15222

*Counsel for DOC Defendants*

s/ Daniel Joseph Margonari
Daniel Joseph Margonari, Esquire

Burns White LLC
48 26th Street
Pittsburgh, PA 15222

*Counsel for Medical Defendants*

Date: July 18, 2023

Ref: 4555538 pg 5 of 5 for LAMONT ZAMICHIELI